Bee Jackson, Appellant, vs. Annie Jackson, Appellee.

## IN BANC.

Appeal from the Circuit Court, Duval county; R. M Call, Judge.

*Walker & Shaylor,* for Appellant.

*H. E. Bowden,* for Appellee.

The bill in this cause was filed by the appellant against the appellee. There was decree for the defendant, and the complainant appeals. Dismissed on motion of counsel for appellee.

---

Jacksonville Street Railway Company, a Corporation, Plaintiff in Error, vs. Susan H. Porter and John H. Porter, her Husband, Defendants in Error.

## DIVISION A.

Writ of error to Circuit Court, Duval county; R. M. Call, Judge.

*Jno. E. Hartridge,* for Plaintiff in Error.

*D. U. Fletcher,* for Defendants in Error.

This action was brought by the defendants in error against the plaintiff in error. There was judgment for the plaintiffs, and the defendant takes writ of error. The judgment is affirmed.